**Mary Louise Spencer BENSON; Shanta Magnolia Spencer; Calvin Lewis Benson; Marjorie Lajuana Benson; Cardell Benson, Jr.; Carl Lee Thomas, Plaintiffs–Appellants,**

v.

**DETENTION CENTER UNION PARISH; Coregis Insurance Company, Defendants–Appellees.**

No. 07–30130
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 18, 2007.

Otha Curtis Nelson, Sr., Nelson & Nelson, Otha Curtis Nelson, Jr., Department of Revenue & Taxation for the State of Louisiana, Baton Rouge, LA, for Plaintiffs–Appellants.

Eugene Joseph Sues, Lottie L. Bash, Gold, Weems, Bruser, Sues & Rundell, Alexandria, LA, for Defendants–Appellees.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

In their brief on appeal, appellants present no real legal argument expressing or explaining their position as to how, in their view, the district court committed reversible error. This failure adequately to brief

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

any of the stated issues on appeal constitutes waiver of those issues. *See* FED. R.APP. P. 28(a)(9)(A); *United States v. Beaumont,* 972 F.2d 553, 563 (5th Cir. 1992) ("Failure of an appellant to properly argue or present issues in an appellate brief renders those issues abandoned."). Accordingly, the appeal is DISMISSED for want of prosecution.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.